DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

JONES v. NEW HANOVER HOSPITAL

No. 104P82.

Case below: 55 N.C. App. 545.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 May 1982.

MEBANE v. BOARD OF MEDICAL EXAMINERS

No. 43P82.

Case below: 55 N.C. App. 455.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 4 May 1982.

MOORE v. CRUMPTON

No. 76PA82.

Case below: 55 N.C. App. 398.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 May 1982.

RIDINGS v. RIDINGS

No. 77P82.

Case below: 55 N.C. App. 630.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 May 1982.

ROBERTS v. WAKE FOREST UNIVERSITY

No. 47P82.

Case below: 55 N.C. App. 430.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 May 1982.